UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

```
TROY TOMLINSON and                        CIVIL ACTION
TROY TOMLINSON, INC.
d/b/a REAL ESTATE NETWORK


v.                                        NO. 06-3273


ST. PAUL FIRE & MARINE INSURANCE          SECTION "F"
COMPANY d/b/a ST. PAUL TRAVELERS
INSURANCE COMPANY, UNITED STATES
FIDELITY AND GUARANTY COMPANY,
GILLIS, ELLIS & BAKER, INC.,
DAVID WILLIAMS, FRANCISCA CUSIMANO,
AND ABC INSURANCE COMPANY
```

ORDER AND REASONS

Before the Court is a motion to dismiss for failure to state a claim by Gillis, Ellis & Baker, Inc., David Williams, and Francisca Cusimano. Alternatively, these defendants move for summary judgment.

In the Order of September 12, 2006, denying the plaintiffs' motion to remand, this Court found that the plaintiffs improperly joined the defendants because the plaintiffs failed to establish a cause of action against them. This Court reiterated this finding in its Order of October 18, 2006, denying the plaintiffs' motion for certification of interlocutory appeal of the denial of remand.

1

IT IS ORDERED:  that the motion to dismiss is GRANTED.  All claims against Gillis, Ellis & Baker, Inc., David Williams, and Francisca Cusimano in this matter are dismissed with prejudice.

New Orleans, Louisiana, February 22, 2007.

_____
MARTIN L. C. FELDMAN
UNITED STATES DISTRICT JUDGE